```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :
                                             :
                -against-                    :
                                             :
ELVIS NATHANIEL CURTIS and DARRIN            :      1:24-cr-655-GHW
ALEXANDER ROKER,                             :
                                             :      ORDER
                          Defendants.        X
-----------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2025

GREGORY H. WOODS, United States District Judge:

    A proceeding in this matter will take place on Friday, January 10, 2025 at 12:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: January 7, 2025
New York, New York

                                                          _____
                                                          GREGORY H. WOODS
                                                          United States District Judge