USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
-v-                                      :     1:24-cr-655-GHW
:
ELVIS NATHANIEL CURTIS, *et al.*,        :     ORDER
:
Defendants.    :
:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through MATTHEW PODOLSKY, Acting United States Attorney for the Southern District of New York, JONATHAN L. BODANSKY, NICHOLAS S. BRADLEY and JULIANA N. MURRAY, Assistant United States Attorneys, of counsel, and with the consent of ELVIS NATHANIEL CURTIS, DARRIN ALEXANDER ROKER, WILLIAM SIMEON, and LUIS FERNANDO OROZCO-TORO, by and through their respective attorneys, JEFFREY CHABROWE, MARTIN LAWRENCE ROTH, VALERIE ALICE GOTLIB, and DAVID TOUGER, it is hereby ORDERED that the pretrial conference in this case is continued from March 26, 2025 to May 30, 2025 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and each of the defendants in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter, permit each of the defendants and their respective counsel to receive and review discovery, and permit each of the defendants and their respective counsel time to consider what, if any, motions they may wish to file. Accordingly, it is further ORDERED that the time from the date of this order through May 30, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

2

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43.

SO ORDERED.

Dated: March 24, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2