USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                      :

UNITED STATES OF AMERICA,        :

                          -v-                            :        1:24-cr-655-GHW

ELVIS NATHANIEL CURTIS, DARRIN  :       ORDER
ALEXANDER ROKER, WILLIAM SIMEON,
ULRIQUE JEAN BAPTISTE, and LUIS  :
FERNANDO OROZCO-TORO,        :

                     Defendants.   :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendant, DARRIN ROKER, by and through his attorney, MARTIN L. ROTH, joined by defendants ELVIS NATHANIEL CURTIS, WILLIAM SIMEON, LUIS FERNANDO OROZCO-TORO, and URLIQUE JEAN BAPTISTE and with the consent of the United States of America, by and through JAY CLAYTON, Acting United States Attorney for the Southern District of New York, JONATHAN L. BODANSKY, NICOLAS S. BODANSKY, and JULIANA M. MURRAY, Assistant United States Attorneys, of counsel, it is hereby ORDERED that both the pretrial conference on May 30, 2025 and the pretrial conference on June 13, 2025 in this case are continued from each of those dates to August 12, 2025 at 11:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through August 12, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 64 and 65.

SO ORDERED.

Dated: May 29, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge