LAW OFFICE OF
# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

October 9, 2025

**By ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Curtis*, 24 Cr. 655 (GHW)

Your Honor:

    We represent Ulrique Jean Baptiste and write on behalf of all defendants in the above-captioned case respectfully to request a 45-day adjournment of the status conference presently scheduled for October 24, 2025. The additional time will allow counsel more time to review discovery, communicate with our clients about it, and contemplate pretrial motions. Since the last conference, we understand that all discovery has been produced, but there is a very significant quantity of materials to review. With the government's consent, we respectfully request that the conference be adjourned to a date and time convenient for the Court in the first half of December.

    I have conferred with counsel for each other defendant – Jeffrey Chabrowe on behalf of Elvis Curtis; Martin Roth on behalf of Darrin Roker; Valerie Gotlib on behalf of William Simeon; and David Touger on behalf of Luis Orozco-Toro – and we all consent to excluding time through a later conference date. I also conferred with Assistant United States Attorney Juliana Murray, who consents to this request.

    Thank you for your consideration.

                                                  Respectfully submitted,

                                                /s/ Benjamin Silverman
                                                Benjamin Silverman
                                                Kestine Thiele
                                                *Attorneys for Ulrique Jean Baptiste*

cc: Counsel of record (by ECF)