UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/16/2026

-------------------------------------------------------------X
UNITED STATES OF AMERICA, :
:
-against- :
:
CURTIS *et al.*, : 1:24-cr-655-GHW
:
Defendants. : ORDER
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Earlier today, the Court received a number of letters from unidentified members of the public regarding this case. All of the correspondence originated from outside of the United States. The Court does not believe that correspondence of this type expressing views regarding ongoing criminal proceedings are appropriately docketed, because they play no role in the case. However, one of the submissions purports to be signed by "The Defendants." As a result, the Court has forwarded the correspondence that it received to counsel for the parties. If the correspondence was, indeed, submitted by or on behalf of a defendant, the Court requests that counsel for Defendants inform the Court of that fact no later than September 30, 2026 by letter filed on the docket. Otherwise, the Court expects to take no action with respect to any of this correspondence.

SO ORDERED.

Dated: September 16, 2026
New York, New York

GREGORY H. WOODS
United States District Judge