USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

-v-

JONATHAN ERIC GARDINER,

Defendant.

------------------------------------------------------------ X

1:24-cr-655-GHW-14

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, JONATHAN ERIC GARDINER, by and through his attorney, SUSY RIBERO-AYALA, and with the consent of the United States of America, by and through JAMIE M. MCDONALD, United States Attorney for the Southern District of New York, JONATHAN L. BODANSKY, JULIANA N. MURRAY, and NICOLAS S. BRADLEY, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the September 23, 2026 status conference as to Mr. Gardiner is adjourned *sine die*, and that the trial for all defendants in this case is scheduled for Monday, March 1, 2027. The trial will commence at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Court finds that the ends of justice served by the exclusion of time through the date of trial outweigh the best interests of the public and the defendant in a speedy trial because the exclusion of time will allow the parties time to prepare for trial. Accordingly, it is further ORDERED that the time from the date of this order through March 1, 2027 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: September 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge