UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ELVIS NATHANIEL CURTIS, et al.,

---------------------------------------------------------------------X

24-cr-655 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

This case has been reassigned to the Court for further proceedings. The United States is directed to file a status letter by October 13, 2026, detailing all upcoming deadlines in this case. Prior to the filing of the status letter, the parties are directed to meet and confer regarding whether a conference in this case would be efficient and beneficial to the Court. The status letter should include either the parties' joint position or separate positions with respect to any conference the Court may order.

SO ORDERED.

Dated: October 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge