**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 13, 2026

**BY EMAIL & ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Curtis et al.*, 24 Cr. 655 (LJL)**

Dear Judge Liman:

The Government respectfully writes pursuant to the Court's October 6, 2026 order (Dkt. 135), directing the parties to meet and confer on whether a conference in this case would be efficient and beneficial to the Court, and further directing the Government to file a status letter detailing all upcoming deadlines and the parties' joint position or separate positions with respect to any conference in this case.

*First*, the following upcoming deadlines have been scheduled in this case:

**October 16, 2026**: Defendant Gardiner's pretrial motions.[1]

**October 30, 2026**: Government's opposition to Gardiner's pretrial motions (due two weeks after service of Gardiner's motions).

**November 6, 2026**: Defendant Gardiner's reply in support of his pretrial motions (due one week after service of Government's opposition).

**November 20, 2026, 10:00 a.m.**: Hearing, if necessary, on Gardiner's pretrial motions.

**December 11, 2026**: Government's expert disclosures.

**December 28, 2026**: Defendants' expert disclosures.

**January 4, 2027**: Parties' motions *in limine*, descriptions of the case, and overviews of the applicable law.

**January 11, 2027**: Parties' oppositions to motions *in limine* (due one week after service of motions).

[1] The deadline for the remaining defendants' pretrial motions has passed, with no motions filed.

**January 15, 2027**: Parties' replies in support of motions *in limine* (due four days after service of oppositions to motions).

**March 1, 2027**: Commencement of trial.

*Second*, the Government has conferred with defense counsel and no party requests a conference with the Court, or believes that a conference would be efficient or beneficial to the Court at this time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Jonathan L. Bodansky
Juliana N. Murray
Assistant United States Attorneys
(212) 637-2385 / -2314

cc: All counsel of record