**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 27, 2026

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Curtis et al.*, 24 Cr. 655 (LJL)**

Dear Judge Liman:

The Government respectfully writes, with the consent of all defendants, to request adjournments of certain deadlines in the above-referenced matter. Specifically, the Government requests the following:

- A one-week adjournment of the Government's deadline to file its opposition to defendant Gardiner's pretrial motions, from October 30, 2026 to November 6, 2026;

- A one-week adjournment of defendant Gardiner's deadline to file his reply in support of his pretrial motions, from November 6, 2026 to November 13, 2026;

- A one-week adjournment of the parties' deadlines to file motions *in limine*, descriptions of the case, and overviews of the applicable law, from January 4, 2027 to January 11, 2027;

- A two-week adjournment of the parties' deadlines to file oppositions to motions *in limine*, from January 11, 2027 to January 23, 2027; and

- An approximately two-week adjournment of the parties' deadlines to file replies in support of motions *in limine*, from January 15, 2027 February 1, 2027.

The requested adjournments will provide the Government adequate time to respond to defendant Gardiner's multiple pretrial motions, avoid scheduling conflicts surrounding the winter holidays, and provide the parties adequate time to prepare oppositions to potentially voluminous motions *in limine* across multiple defendants.

This is the Government's first request for an adjournment. As noted above, all defendants consent to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Jonathan L. Bodansky
Juliana N. Murray
Assistant United States Attorneys
(212) 637-2385 / -2314

cc: All counsel of record